OPINION — AG — (1) AN EMPLOYEE 65 OR OVER WHO IS IN THE CLASSIFIED SERVICE, BUT WHO IS NOT A MEMBER OF THE RETIREMENT SYSTEM, MAY NOT BE DISMISSED BY THE APPOINTING AUTHORITY ON THE BASIS OF AGE ALONE. (2) AN EMPLOYEE IN THE CLASSIFIED SERVICE WHO IS NOT A MEMBER OF THE RETIREMENT SYSTEM MAY APPEAL A DISMISSAL BECAUSE OF AGE TO THE PERSONNEL BOARD. CITE: 74 O.S. 1961 833 [74-833], 74 O.S. 1959 Supp., 801-819 [74-801] — [74-819], 74 O.S. 1963 Supp., 914 [74-914](1) (BURCK BAILEY)